IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00041-PSF-CBS

CHRISTOPHER J. TRINCERI,

    Plaintiff,

v.

BOUNDLESS MOTOR SPORTS RACING, INC.,
predecessor in interest to Dirt Motor Sports, Inc.,
a Delaware corporation,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (filed April 17, 2006; *doc. no. 14*) is **GRANTED**.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    April 18, 2006