IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-00041-MJW-CBS

CHRISTOPHER J. TRINCERI,

Plaintiff,

v.

BOUNDLESS MOTOR SPORTS RACING, INC.
d/b/a DIRT MOTOR SPORTS,

Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

## DOCKET NUMBER 28)

It having been stipulated and agreed between the attorneys for the Plaintiff and Defendant that all Complaints and amendments thereto in the above case may be dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint and any amendments thereto be and hereby are dismissed with prejudice, each party to pay their own costs and fees.

DONE this 23rd DAY OF AUGUST, 2006.

        BY THE COURT

        S/MICHAEL J. WATANABE

Michael J. Watanabe
United States Magistrate Judge

#1185691 v1